| | |
|---|---|
| 1 | MICHAEL E. BREWER, Bar No. 177912 |
|   | mbrewer@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
|   | Treat Towers |
| 3 | 1255 Treat Boulevard, Suite 600 |
|   | Walnut Creek, California  94597 |
| 4 | Telephone:     925.932.2468 |
|   | Facsimile:      925.946.9809 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | ROSS DRESS FOR LESS, INC. |

Attorneys for Defendant
ROSS DRESS FOR LESS, INC.

MARK POTTER, ESQ., SBN 166317
PHYL GRACE, ESQ., SBN 171771
RAY BALLISTER JR., ESQ., SBN 111282
DENNIS PRICE, SBN 279082
CENTER FOR DISABILITY ACCESS
Mail: PO Box 262490, San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
Telephone:  (858) 375-7385
Facsimile:   (888) 422-5191fax

Attorneys for Plaintiff,
BUTHIENAH TAHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| BUTHIENAH TAHA, | Case No.  3:14-cv-2053 VC |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AS MODIFIED** |
| DMP CP PLAZA, LLC, a Delaware Limited Liability Company; ROSS DRESS FOR LESS, INC., a Virginia Corporation; and Does 1-10 | |
| Defendant. | Complaint Filed: May 6, 2014 |

(Note: "PROPOSED" is shown struck-through in the caption.)

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. CV-14-2053 VC)

[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFORE:

IT IS HEREBY ORDERED that, Defendant Ross Dress for Less, Inc., shall file its answer or other responsive pleading to Plaintiff Bethienah Taha's Complaint on or before July 28, 2014.

No further extensions will be granted.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 27, 2014

_____
HONORABLE VINCE CHHABRIA

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. CV-14-2053 VC)    2.    [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT