1  Mark Potter (SBN 166317)
   Phyl Grace (SBN 171771)
2  Ray Ballister, Jr. (SBN 111282)
   Dennis Price (SBN 279082)
3  CENTER FOR DISABILITY ACCESS
4  9845 Erma Road, Suite 300
   San Diego, CA  92131
5  Telephone:  858.375.7385
6  Facsimile:   888.422.5191

7  Attorneys for Plaintiff
   BUTHIENAH TAHA
8

9  Steven R. Blackburn (SBN 154797)
   Andrew J. Sommer (SBN 192844)
10 Marisa Ratinoff (SBN 155934)
   EPSTEIN BECKER & GREEN, P.C.
11 655 Montgomery Street, Suite 1150
12 San Francisco, CA 94111
   Telephone: 415.398.3500
13 Facsimile: 415.398.0955
   sblackburn@ebglaw.com
14 asommer@ebglaw.com
15 mratinoff@ebglaw.com

16 Attorneys for Defendant
17 DMP CP PLAZA, LLC

18 Michael E. Brewer (SBN 177912)
   Michael G. Leggieri (SBN 253791)
19 LITTLER MENDELSON, P.C.
   Treat Towers
20 1255 Treat Boulevard, Suite 600
21 Walnut Creek, CA  94597
   Telephone:  925.932.2468
22 Facsimile:   925.946.9809
23 mbrewer@littler.com
   mleggieri@littler.com
24
   Attorneys for Defendant
25 ROSS DRESS FOR LESS, INC.
26
27
28

- 1 -

Stipulation and [Proposed] Order re Site Inspection
Case No. 14-CV-2053-VC

FIRM:26198043v1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Buthienah Taha,<br><br>             Plaintiff,<br><br>    v.<br><br>DMP CP Plaza, LLC, a Delaware Limited Liability Company; Ross Dress For Less, Inc., a Virginia Corporation; and Does 1-10,<br><br>             Defendants. | Case No.: 14-CV-2053-VC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR THE PARTIES TO COMPLETE THE JOINT SITE INSPECTION**<br><br>Complaint Filed: May 5, 2014 |

WHEREAS, pursuant to the Court's May 7, 2014 Initial Case Management Scheduling Order, the deadline for the parties to complete the joint site inspection is August 19, 2014.

WHEREAS, the parties have been unable to complete the site inspection by the Court's deadline due to continuing settlement discussions. IT IS HEREBY STIPULATED by and among the parties that the deadline to complete the site inspection is extended 30 days to September 18, 2014.

**IT IS SO STIPULATED.**

DATED: August 19, 2014            CENTER FOR DISABILITY ACCESS

                                                            By:   /s/ Phyl Grace
                                                                   Mark Potter
                                                                   Phyl Grace
                                                                   Ray Ballister, Jr.
                                                                   Dennis Price
                                                            Attorneys for Plaintiff
                                                            BUTHIENAH TAHA

-2-

FIRM:26198043v1

| | | |
|---|---|---|
| 1 | DATED:  August 19, 2014 | EPSTEIN BECKER & GREEN, P.C. |
| 2 | | By:  /s/ Andrew J. Sommer |
| 3 | | Steven R. Blackburn |
| | | Andrew J. Sommer |
| 4 | | Marisa Ratinoff |
| 5 | | Attorneys for Defendant |
| | | DMP CP PLAZA, LLC |
| 6 | DATED:  August 19, 2014 | LITTLER MENDELSON, P.C. |
| 7 | | |
| 8 | | By:  /s/ Michael E. Brewer |
| | | Michael E. Brewer |
| 9 | | Michael G. Leggieri |
| | | Attorneys for Defendant |
| 10 | | ROSS DRESS FOR LESS, INC. |

## ORDER

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ORDERED that the deadline for the parties to complete the joint site inspection is extended to September 18, 2014.

**IT IS SO ORDERED.**

DATED: August 20, 2014

_____
Honorable Vince Chhabria
United States District Judge

- 3 -

Stipulation and [Proposed] Order re Site Inspection
Case No. 14-CV-2053-VC

FIRM:26198043v1