UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BUTHIENAH TAHA,

    Plaintiff,

v.

DMP CP PLAZA, LLC, a Delaware Limited Liability Company; ROSS DRESS FOR LESS, INC., a Virginia Corporation; and Does 1-10,

    Defendants.

Case No.: 3:14-CV-2053-VC

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES & ORDER THEREON** AS MODIFIED

## **ORDER**

Having read the foregoing notice and finding good cause therefore, the Court hereby vacates all currently set dates, with the expectation the parties will file a Stipulation for Dismissal within 45 days. A case management conference is scheduled for November 25, 2014, at 10:00 a.m. unless the stipulation is filed. An updated case management statement is due November 18, 2014.

**IT IS SO ORDERED.**

Dated: September 22, 2014

_____
United S[...]
IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

Notice of Settlement	-1-	CV-2053-V[C]