UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Buthienah Taha,<br><br>            Plaintiff,<br><br>     v.<br><br>DMP CP Plaza, LLC, a Delaware Limited Liability Company; Ross Dress For Less, Inc., a Virginia Corporation; and Does 1-10,<br><br>            Defendants. | Case: 3:14-CV-2053-VC<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 14, 2014



HONORABLE
UNITED STATES DISTRICT JUDGE

1

Stipulation for Dismissal          Case: 3:14-CV-2053-VC